PHILLIP A. TALBERT
United States Attorney
ALSTYN BENNETT
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:22-CR-00227-TLN |
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |
| v. | |
| JAIME ALEJANDRO SANCHEZ ROBLES, | DATE: January 26, 2023<br>TIME: 9:30 a.m.<br>COURT: Hon. Troy L. Nunley |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on January 26, 2023.

2. By this stipulation, defendant now moves to continue the status conference until April 20, 2023, at 9:30 a.m., and to exclude time between January 26, 2023, and April 20, 2023, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

   a) The government has represented that the discovery associated with this case includes investigative reports and related documents in electronic form, as well as video files and photographs. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

b) Counsel for the government has indicated that additional discovery, including a final ecological report, is forthcoming.

c) Counsel for defendant desires additional time to review the discovery, consult with her client, conduct investigation, and to otherwise prepare for trial.

d) Counsel for defendant believes that failure to grant the above-requested continuance would deny her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

e) The government does not object to the continuance.

f) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

g) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of January 26, 2023 to April 20, 2023, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

///

///

///

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: January 18, 2023                   PHILLIP A. TALBERT
                                          United States Attorney

                                          /s/ ALSTYN BENNETT
                                          ALSTYN BENNETT
                                          Assistant United States Attorney

Dated: January 18, 2023                   /s/ MEGHAN D. MCLOUGHLIN
                                          MEGHAN D. MCLOUGHLIN
                                          Counsel for Defendant
                                          JAIME ALEJANDRO
                                          SANCHEZ ROBLES

### ORDER

IT IS SO FOUND AND ORDERED this 18th day of January, 2023.

                                          Troy L. Nunley
                                          United States District Judge